UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FHILLIP DAVIS,

    Plaintiff,

   v.

SANTA CLARA COUNTY JAIL, et al.,

    Defendants.

Case No. C 14-0648 KAW (PR)

ORDER OF DISMISSAL

Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. Plaintiff filed an in forma pauperis application and a certificate of funds; however, he did not file a copy of his prisoner trust account statement, showing transactions for the last six months. On February 12, 2014, the same day the complaint was filed, the Clerk of the Court notified Plaintiff that: (1) his in forma pauperis application was deficient due to his failure to include a prisoner trust account statement for the previous six months; (2) his action could not go forward until he filed the necessary document, within twenty-eight days from the date of the notice; and (3) his failure to do so would result in dismissal of this action. More than twenty-eight days have passed and Plaintiff has not submitted his prisoner trust account statement or communicated with the Court in any manner.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Plaintiff's in forma pauperis application is DENIED as incomplete. The Clerk of the Court shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 6/27/14

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE